971 So.2d 910 (2007)
Nathaniel BROWN, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-2244.
District Court of Appeal of Florida, Third District.
December 12, 2007.
Bennett H. Brummer, Public Defender, and Harvey J. Sepler, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and SUAREZ, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Lett v. State, 805 So.2d 950 (Fla. 2d DCA 2001).